573 F.2d 1308
 99 L.R.R.M. (BNA) 2633, 84 Lab.Cas. P 10,826
 Local Union No. 4-449, Oil Chemical and Atomic Workers
International Union, AFL-CIO
v.
Amoco Chemical Corp.*
 No. 77-3146
 United States Court of Appeals, Fifth Circuit
 5/16/78
 
 1
 S.D.Tex.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 ***
 Opinion contains citation(s) or special notations